UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22588-CIV-GOLD/TURNOFF

UNITED STATES OF AMERICA,

      Respondent,

v.

EDUARDO SAENZ,

      Petitioner.

_____/

## ORDER GRANTING MOTION TO WITHDRAW DOCUMENT

THIS CAUSE having come before the Court on Petitioner's Motion to Withdraw Motion for Discovery [DE 37], in which Petitioner seeks to withdraw, without prejudice, his previously filed motion for discovery [DE 32].  Having reviewed the motion, and being duly advised, it is hereby

ORDERED AND ADJUDGED:

1.      The Motion to Withdraw [DE 37] is GRANTED.

2.      The Clerk of Court is instructed to TERMINATE [DE 32] as it has been voluntarily withdrawn by Petitioner.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2008.

_____
ALAN S. GOLD
U.S. DISTRICT JUDGE

cc:
U.S. Magistrate Judge William C. Turnoff
Counsel of record